UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| JOHN CHAVERS, | No. 4:14-cv-05080-JTR |
|---|---|
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF FILING FEE CEASE** |
| vs. | |
| DONALD HOLBROOK, LISA ESTES, CRAIG JONES and R. BRANDSCUM, | |
| Defendants. | |

Magistrate Judge Rodgers filed a Report and Recommendation, ECF No. 10, recommending Mr. Chavers's Motion to Voluntarily Dismiss this action be granted. Defendants have not been served. There being no objections, the Court **ADOPTS** the Report and Recommendation. Plaintiff's Motion, (ECF No. 8, is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** Plaintiff's Motion to waive filing fee, ECF No. 9, is **GRANTED** and the institution having custody of Mr. Chavers shall cease collection of the filing fee in this action, cause number **4:14-cv-05080-JTR.**

ORDER -- 1

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter this
2  Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff,
3  and close the file. The District Court Executive is further directed to send a copy
4  of this Order to the **Office of the Department of Corrections, Attn: LFO/COS**
5  **UNIT, P.O. Box 41107, Olympia, WA  98504-1107,** to forward to the appropriate
6  agency having custody of Plaintiff. The District Court Executive also shall provide
7  a copy of this Order to the Financial Administrator for the United States District
8  Court, Eastern District of Washington.

9  **DATED** this 12th day of November 2014.

10
11  _____
    SALVADOR MENDOZA, JR.
    United States District Judge

```
Q:\SMJ\Civil\2014\Reports and Recommendations\Chavers v. Holbrook et al-5080\prisoner14cv5080jtr-10-17-
ADPVolDisCease.docx
```

ORDER -- 2